BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR S 2:10-MJ-0245 GGH |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
| v. | |
| "LUCIO", | |
| Defendant. | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The complaint in Case No. 2:10-MJ-0245 GGH as to defendant "LUCIO", is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

DATED: _April 15, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE